# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL D'ANDRE TURNER,<br><br>    Petitioner,<br><br>  v.<br><br>CONNIE GIPSON, Warden,<br><br>    Respondent. | NO. EDCV 13-1285-MMM (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 19, 2015

_____
MARGARET M. MORROW
United States District Judge